**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ignacio Vera,<br><br>Plaintiff,<br><br>v.<br><br>Nemany Enterprises LLC., et al.,<br><br>Defendants. | Case No. CV 25-02698-JLS(MBKx)<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

On August 27, 2025, a Notice of Settlement was filed (Doc. [23]), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed and that this action is removed from the Court's active caseload. The case will not be reopened absent a written showing of good cause filed within 30 days of this order.

The parties shall file a Stipulation of Dismissal no later than September 11, 2025 (the "Dismissal Date"). If no dismissal is filed, the Court deems the matter dismissed at that time.

Until the Dismissal Date, the Court retains full jurisdiction over this action. Any outstanding Orders to Show Cause are discharged. All pending dates are terminated.

IT IS SO ORDERED.

DATED: August 27, 2025

JOSEPHINE L. STATON
---
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE